IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DELOIS B. ANDERSON,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )    **CIVIL ACTION NO. 2: 09-0531-KD-B** |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
|     **Defendant.** | ) |

## JUDGMENT

Pursuant to the Motion for Entry of Judgment filed by defendant Michael J. Astrue (doc. 14, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that judgment is entered in favor of Plaintiff Delois B. Anderson.

This judgment shall constitute a "separate document" in compliance with Fed. R. Civ. P. 58(a).

DONE this 19th day of June, 2012.

                                       s / Kristi K. DuBose
                                       KRISTI K. DuBOSE
                                       UNITED STATES DISTRICT JUDGE